■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIPP WILLIAMS, Appellant. [775 NYS2d 574]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered January 31, 2002, convicting him of murder in the second degree (two counts), criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly admitted testimony that the defendant was a drug dealer to establish a motive for the shootings (*see People v Molineux,* 168 NY 264 [1901]; *People v Zimmerman,* 212 AD2d 821 [1995]; *People v Escobar,* 131 AD2d 500, 502 [1987]). The defendant's claims that the prosecutor overstepped the trial court's *Molineux* ruling are largely unpreserved for appellate review (*see People v Heide,* 84 NY2d 943, 944 [1994]; *People v Medina,* 53 NY2d 951, 953 [1981]; *People v Rosario,* 195 AD2d 577 [1993]). In any event, the prosecutor's conduct did not deprive the defendant of a fair trial (*see People v Miller,* 143 AD2d 1055 [1988]; *cf. People v Calabria,* 94 NY2d 519, 523 [2000]; *People v Ashwal,* 39 NY2d 105 [1976]). Santucci, J.P., Florio, Schmidt and Rivera, JJ., concur.